IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CAVARENA WATSON, | ) | |
| | ) | CIVIL ACTION NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1180 PEACHTREE OFFICE | ) | |
| INVESTORS, LLC and | ) | *[Removed from State Court,* |
| GE ASSET MANAGEMENT, | ) | *Fulton County, State of Georgia,* |
| INCORPORATED, | ) | *Civil Action File No.: 14EV000873A]* |
| | ) | |
| Defendants. | ) | |

## PETITION FOR REMOVAL

COME NOW, 1180 Peachtree Office Investors, LLC and GE Asset Management, Incorporated, named as Defendants in the above-styled action (hereinafter referred to as "Defendants"), and show this Honorable Court the following:

1.

Plaintiff Cavarena Watson filed a Complaint against Petitioners/Defendants in the State Court of Fulton County, State of Georgia, denominated as Civil Action File No. 14EV000873A and styled *CAVARENA WATSON V. 1180 PEACHTREE OFFICE INVESTORS, LLC and GE ASSET MANAGEMENT, INCORPORATED.*

2.

A true and correct copy of all pleadings and orders served upon Defendant in this action are attached hereto as Exhibit "A."

3.

Upon information and belief, Plaintiff is a citizen of Georgia.

4.

Petitioner/Defendant 1180 Peachtree Office Investors, LLC is a citizen of a state other than Georgia. Specifically, Petitioner/Defendant 1180 Peachtree Office Investors, LLC is a foreign corporation organized under the laws of Connecticut, with its principal places of business located at 1600 Summer Street, Stamford, Connecticut, 06905 and may be served via its registered agent, Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092.

5.

Petitioner/Defendant GE Asset Management, Incorporated is also a citizen of a state other than Georgia. Specifically, Petitioner/Defendant is a foreign corporation organized under the laws of Connecticut, with its principal places of business located at 1600 Summer Street, Stamford, Connecticut, 06905 and may be served via its registered agent, Secretary of the State of Connecticut, 30 Trinity Street, Hartford, CT, 06106-0470.

7.

The matter in controversy is one in which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizen parties of different States.  Furthermore as the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  In the <u>Complaint for Personal Injury</u> (hereinafter referred to as "Complaint,") Plaintiff contends "Ms. Watson received temporary and permanent injuries resulting in past, present and future mental and physical pain and suffering, past, present and future lost wages, past present and future medical expenses and other damages" as the proximate result of the incident.  <u>See</u>, Plaintiff's <u>Complaint</u> at ¶ 40.  Upon information and belief, Plaintiff has allegedly incurred more than $150,000 in medical expenses as a result of this incident and seeks recovery of these expenses, among other elements of damages, from the Defendants in this action.

Therefore, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), this matter may be removed to this Court.

8.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

9.

This <u>Petition</u> is filed within 30 days after receipt by Defendants, through service or otherwise, of the <u>Complaint</u> setting forth the claim for relief upon which said action is based, and said civil action is sought to be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Defendants pray that this <u>Petition</u> be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, that no further proceedings be held in the case filed in the State Court of Fulton County, State of Georgia, and that Petitioners/Defendants have such other and further relief as this Court deems just and proper in the circumstances.

Respectfully submitted this 5th day of June, 2014.

/s/ Jason D. Hergenroether
Matthew G. Moffett
State Bar No.: 515323
Jason D. Hergenroether
State Bar No.: 348323
Attorneys for Defendants 1180 Peachtree
Office Investors, LLC and GE Asset
Management, Incorporated

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone:   (404) 870-7390
Facsimile:   (404) 870-1030
E-mail:   mmoffett@grsmb.com
             jhergenroether@grsmb.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **CAVARENA WATSON,** ) | |
| ) | **CIVIL ACTION NO.:** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **1180 PEACHTREE OFFICE** ) | |
| **INVESTORS, LLC and** ) | *[Removed from State Court,* |
| **GE ASSET MANAGEMENT,** ) | *Fulton County, State of Georgia,* |
| **INCORPORATED,** ) | *Civil Action File No.: 14EV000873A]* |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the ***PETITION FOR REMOVAL*** with the Clerk's office using the CM/ECF system which will automatically send an e-mail notification and provide an electronic copy of such filing to the following:

Robert U. Wright, Esq.
KATZ, STEPP, WRIGHT & FLEMING, LLC
Email:  rwright@robertwrightlaw.net

Respectfully submitted this 5th day of June, 2014.

/s/ *Jason D. Hergenroether*
Matthew G. Moffett
State Bar No.: 515323
Jason D. Hergenroether
State Bar No.: 348323
Attorneys for Defendants 1180 Peachtree Office Investors, LLC and GE Asset Management, Incorporated

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone:  (404) 870-7390
Facsimile:  (404) 870-1030
E-mail:  mmoffett@grsmb.com
          jhergenroether@grsmb.com